UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE D. SELVICK, | 1:14-cv-00363-GSA-PC |
| Plaintiff, | ORDER RE EXTENSION OF TIME FOR DEFENDANTS WINSLOW AND IGBINOSA TO FILE RESPONSE TO COMPLAINT |
| vs. | |
| PAUL D. BRAZELTON, et al., | (Doc. 11.) |
| Defendants. | DEADLINE: JULY 3, 2014 |

Dale D. Selvick ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 11, 2014.  (Doc. 1.)

On June 9, 2014, Plaintiff and defendants Winslow and Igbinosa filed a stipulation under Local Rule 144(a) extending time until July 3, 2014 for defendants Winslow and Igbinosa to respond to the Complaint.  (Doc. 11.)  The parties also submitted a proposed order for the court.

In this instance, a court order is not needed to extend time.  Local Rule 144(a) provides that "[u]nless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint . . . may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. All other extensions of time must be

approved by the Court." L.R. 144(a). The parties' stipulation satisfies all of the requirements of Local Rule 144(a) to extend time without court approval. Thus, the time for defendants Winslow and Igbinosa to respond to the Complaint was extended to July 3, 2014, by the parties' stipulation of June 9, 2014.

IT IS SO ORDERED.

Dated:   **June 11, 2014**                                   **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE