UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SELVICK,<br><br>         Plaintiff,<br><br>    vs.<br><br>PAUL D. BRAZELTON, et al.,<br><br>         Defendants. | 1:14-cv-00363-AWI-GSA-PC<br><br>ORDER APPROVING STIPULATION AND GRANTING EXTENSION OF TIME FOR DEFENDANT KELSO TO RESPOND TO COMPLAINT<br>(Doc. 16.)<br><br>DEADLINE: JULY 31, 2014 |

Dale Selvick ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 18, 2014, a stipulation to extend time for defendant Kelso to respond to the complaint was filed, containing the signatures of counsel for Plaintiff and counsel for defendant Kelso.  (Doc. 16.)  After consideration of the stipulation, and good cause appearing, the court hereby approves the stipulation and grants the extension of time as set forth.

Accordingly, IT IS HEREBY ORDERED that defendant Kelso is granted an extension of time until July 31, 2014 in which to respond to the complaint.

IT IS SO ORDERED.

Dated:   **June 20, 2014**                      /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE