UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SELVICK,<br><br>            Plaintiff,<br><br>    vs.<br><br>PAUL D. BRAZELTON, et al.,<br><br>            Defendants. | 1:14-cv-00363-AWI-GSA-PC<br><br>ORDER APPROVING STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING<br>(Doc. 21.) |

     Dale Selvick ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 11, 2014.  (Doc. 1.)

     On July 2, 2014, a stipulation to extend time for defendants Kelso, Igbinosa, Winslow, State of California, Brown, Beard, and Cate ("Defendants") to file a responsive pleading was filed, containing the signatures of counsel for Plaintiff and counsel for Defendants.  (Doc. 21.) After consideration of the stipulation, and good cause appearing, the court hereby approves the stipulation and grants the extension of time as set forth.

     Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are granted an extension of time until August 22, 2014, to respond to the existing complaint in the event that Plaintiff has not filed an anticipated amended complaint by August 1, 2014; and

    2.    Defendants are granted an extension of time until 30 days after service of the amended complaint, if any, to serve a responsive pleading.

IT IS SO ORDERED.

Dated: **July 4, 2014**             **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE